UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER D. CROUSE,

    Plaintiff,

v.

THE COUNTY OF BERRIEN,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:10-cv-437

## ORDER OF RECUSAL

I must recuse myself under 28 U.S.C. § 455(a) from further participation in this case as I was a Berrien County Trial Court Judge as recently as July 2007, and some of the allegations in the complaint pre-date my separation. Pursuant to Administrative Order 07-193, this case shall be assigned to another district judge in accordance with the approved procedure.

**IT IS SO ORDERED**.

Date: My 13, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge